UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

Case No. 12-14375-CIV-GRAHAM/LYNCH

LEGENDARY PICTURES FUNDING, LLC,

    Plaintiff,

vs.

JOHN C. TEXTOR,

    Defendant.
_____/

## ORDER DISMISSING CASE WITHOUT PREJUDICE

**THIS CAUSE** came before the Court upon the plaintiff's Notice of Voluntary Dismissal Without Prejudice. [D.E. 6]. Based thereon, it is hereby

**ORDERED AND ADJUDGED** that this action is **DISMISSED** without prejudice. It is further

**ORDERED AND ADJUDGED** that this case is **CLOSED** and any pending motions are **DENIED as moot.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 30th day of November, 2012.

                                        s/Donald L. Graham
                                        DONALD L. GRAHAM
                                        UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record